ANNA B. McCOWAN, as Administratrix of the Estate of JAMES McCOWAN, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

JENNIE CHRISTIE, as Administratrix of the Estate of LEIGH CHRISTIE, Deceased, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Appellant.

(Argued June 1, 1933; decided July 11, 1933.)

*Clarence P. Moser* for appellant.
*Bayard J. Stedman* for respondents.

no opinion.

Concur: CRANE, LEHMAN, KELLOGG and CROUCH, JJ. POUND, Ch. J., and O'BRIEN, J., dissent on the authority of *Crough* v. *New York Central Railroad Company* (260 N. Y. 227, 231). Not sitting: HUBBS, J.